UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
            -v-                                                        :            26-CR-243-2 (JMF)
                                                                       :
ANTHONY TORRES,                                                       :            SCHEDULING ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

At the conference held on June 15, 2026, as to Defendant Ambrose Inman, the Court scheduled the next pretrial conference for **October 13, 2026** at **3:00 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York (at which time the Court will set a **firm** trial date) and set the following deadlines:

- **July 2, 2026:** Outside deadline for the Government to produce discovery

- **September 17, 2026:** Deadline for defense motions

- **October 1, 2026:** Deadline for the Government's opposition to any motions

- **October 8, 2026:** Deadline for any replies

Counsel for the new Defendant shall review the transcript of that proceeding; unless and until the Court orders otherwise, all dates and deadlines shall apply to the new Defendant as well (except that the Government's letter motion to extend to **July 16, 2026**, its deadline to produce discovery is GRANTED, *see* ECF No. 19).  If counsel for the new Defendant believes there is a need for an earlier conference, counsel should confer with the Government and file a letter motion requesting a conference on the docket.

The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Dated: July 1, 2026
       New York, New York                              _____
                                                            JESSE M. FURMAN
                                                         United States District Judge